AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ariel Legassa | ) | Case No. |
| | ) | 22-MJ-4081-DHH |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 27, 2021__ in the county of __Middlesex__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1341 | Mail Fraud |

This criminal complaint is based on these facts:

See Attached Affidavit of Brendan Donlan, FBI

☑ Continued on the attached sheet.

_Brendan Donlan_
Complainant's signature

Hon. ~~David H. Hennessy~~, ~~U.S. Magistrate Judge~~
Special Agent Brendan Donlan
*Printed name and title*

Attested to by the complainant in accordance with the requirements of
Fed. R. Crim. P. 4.1 by telephone.

Date: **Jan 31, 2022**

_David H. Hennessy_
Judge's signature

City and state: Worcester, Massachusetts     Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*