**Criminal Case Cover Sheet**                                                             **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** | FBI |
| **City** Watertown | **Related Case Information:** | | |
| **County** Middlesex | Superseding Ind./ Inf. _____ Case No. _____ | | |
| | Same Defendant _____ New Defendant x _____ | | |
| | Magistrate Judge Case Number _____ | | |
| | Search Warrant Case Number _____ | | |
| | R 20/R 40 from District of _____ | | |

**Defendant Information:**

| | | | |
|---|---|---|---|
| Defendant Name | Ariel Legassa | Juvenile: | ☐ Yes ☑ No |
| | Is this person an attorney and/or a member of any state/federal bar: | | ☐ Yes ☑ No |
| Alias Name | | | |
| Address | (City & State) Burlington, CT | | |
| Birth date (Yr only): 1972   SSN (last4#): 0492   Sex M   Race: ____   Nationality: USA | | | |

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA  Benjamin A. Saltzman    Bar Number if applicable  683169

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    ☐ Felony ____

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 01/31/2022    Signature of AUSA: _(signature)_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Ariel Legassa

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1341 | Mail Fraud | I |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____