IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARIEL LEGASSA,<br><br>　　　　Defendant | **Criminal No.** 22-MJ-4081-DHH |

**GOVERNMENT'S MOTION TO UNSEAL COMPLAINT**

The United States of America hereby moves this Court to order that it unseal the complaint, supporting affidavit, arrest warrant, and motion to seal, docketed as 22-MJ-4081-DHH. In support of this motion, the government states that the defendant is presently in custody and there is no further reason to keep these materials secret.

ALLOWED David H. Hennessy U.S.M.J.
Feb 2, 2022

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:　　*/s/ Benjamin A. Saltzman*
　　　　Benjamin A. Saltzman
　　　　Assistant U.S. Attorney

　　　　Date:  February 2, 2022