UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.   22-mj-04081-DHH |
| | ) | |
| ARIEL LEGASSA | ) | |

**Assented-to Motion To Extend Deadline For
Securing Release Bond For Seven Days**

Defendant Ariel Legassa hereby moves, with the assent of the government, to extend the

seven-day deadline set by the court for the filing of two motor vehicle titles and one airplane

registration to secure a $75,000 release bond. As grounds for this motion, Mr. Legassa states that

he lives in Connecticut and this case and his counsel are in Massachusetts. He will not be able to

provide counsel with originals of the necessary paperwork by the current February 9, 2022

deadline.

For those reasons, Mr. Legassa requests that the court continue the February 9 deadline

for filing the paperwork necessary to secure the bond to February 16, 2022. The government,

through AUSA Benjamin Saltzman, assents to this continuance.

ARIEL LEGASSA
 By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
Law Office of E. Peter Parker
The Wheelhouse at Bradford Mill
Concord, MA  01742
(617) 742-9099
peter@parkerslaw.com

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 8, 2022.

/s/ *E. Peter Parker*
E. Peter Parker