EFILE

# U.S. District Court
## District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:22−mj−00104−RAR All Defendants

| | |
|---|---|
| Case title: USA v. Legassa | Date Filed: 02/02/2022 |

Assigned to: Judge Robert A. Richardson

**Defendant (1)**

| | | |
|---|---|---|
| **Ariel Legassa** | represented by | **Ashley Meskill**<br>Federal Defender Office<br>10 Columbus Blvd, Floor 6<br>Hartford, CT 06106<br>860−493−6260<br>Email: ashley_meskill@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender |

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1341.F Mail Fraud, Frauds and Swindles

**Disposition**

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Nancy V. Gifford**<br>U.S. Attorney's Office−HFD |

450 Main St. Room 328
Hartford, CT 06103
860−947−1101
Fax: 860−760−7979
Email: nancy.gifford@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2022 | | Arrest (Rule 5) of Ariel Legassa (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 1 | Minute Entry for proceedings held before Judge Robert A. Richardson: Initial Appearance in Rule 5 Proceedings as to Ariel Legassa held on 2/2/2022, Detention Hearing as to Ariel Legassa held on 2/2/2022; 25 minutes (Court Reporter FTR.) (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 3 | WAIVER of Rule 5 & 5.1 Hearings by Ariel Legassa (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 4 | ORDER requiring a defendant to appear in the district where charges are pending as to Ariel Legassa, Signed by Judge Robert A. Richardson on 2/2/22. (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 5 | ORDER as to Ariel Legassa pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No.116−182, 134 Stat. 894 (Oct. 21, 2020). Signed by Judge Robert A. Richardson on 2/2/22. (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 6 | ELECTRONIC FILING ORDER FOR COUNSEL as to Ariel Legassa − PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Robert A. Richardson on 2/2/22. (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 7 | USM Return of Service on Arrest Warrant executed as to Ariel Legassa on 2/2/22 (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 8 | Secured Bond Entered as to Ariel Legassa in amount of $ 75,000.00, (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 9 | ORDER Setting Conditions of Release as to Ariel Legassa, Signed by Judge Robert A. Richardson on 2/2/22. (Blue, A.) (Entered: 02/02/2022) |

**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date: 2/2/2022

Case #: 3:22mj104 RAR    Dft #: 1

**UNITED STATES OF AMERICA**

Vs.

Ariel Legassa

Honorable Judge: Richardson
Deputy Clerk: A. Blue
AUSA: Nancy Gifford
Counsel for Defendant: Ashley Meskill

☐ Retained   ☐ CJA   ■ FPD

Start Time: 12:45pm   End Time: 1:10pm
Recess (if more than ½ hr) _____ to _____

USPO: Ryan Togninalli
Reporter/ECRO/FTR: FTR
Interpreter _____ Language _____

Total Time ____ hours  25 minutes

Hearing held ■ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

| ☐ Initial Appearance ____ | ■ Initial Appear. Rule 5  10 min | ■ Detention  15 min | ☐ Arraignment ____ |
|---|---|---|---|
| ☐ Motion ____ | ☐ Bond ____ | ☐ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ☐ Change of Plea ____ | ☐ Conflict ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ In Camera ____ | ☐ Frye ____ |

■ Arrest or ☐ Self surrender   Date 2/2/2022
☐ Case Unsealed
☐ Deft failed to appear
■ CJA23 financial affidavit filed under seal
■ Oral Brady Order entered and paper to issue

■ Rule 5 charging district: Mass
☐ Order appointing FPD
☐ Order appointing Attorney _____
☐ Set ATTY flag and notify grievance clerk
☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
|---|---|---|
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of  ☐ NOT guilty  ☐ guilty  ☐ nolo contendere;  As to counts _____
Plea agreement letter ☐ filed  ☐ under seal  ☐ to be filed
☐ Petition to enter guilty plea filed

**SENTENCING**

☐ Sentencing set for _____ at _____
☐ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $_____ on count(s) _____. Total of $_____  ☐ due now ☐ due at sentencing

Rev. 12-9-21

Page **1** of **2**

**ORDERS**
- ☒ Waiver of Rule 5 hearing filed
- ☐ Defendant motions due_____, Govt. responses due _____
- ☐ Scheduling Order filed ☐ to be filed; ☐Sentencing scheduling order filed
- ☐ Hearing on pending motions scheduled for _____ at _____
- ☐ Jury Selection set for _____ at _____ before Judge_____
- ☐ Defendant's motion for waiver of 10-day notice filed;  ☐ Granted    ☐Denied    ☐Advisement
  _____ hearing set for _____ ; continued until_____

**DETENTION**
- ☐ Govt's motion for pretrial detention filed ☐ Granted  ☐Denied   ☐Advisement
- ☐ Order of detention filed
- ☒ Bond set at $ 75,000.00   ☐ reduced to $_____ ;  ☐Non-surety    ☒Surety    ☐Personal recognizance
- ☐ Bond  ☐revoked   ☐reinstated    ☐continued    ☐modified
- ☐ No bond set at this time
- ☐ Order of temporary detention pending hearing filed
- ☐ Defendant detained
- ☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
- ☒ Connecticut restricted travel extended to MA_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
- ☐ Defendant must reside at _____.
- ☒ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☒ at USPO discretion
- ☒ Defendant must surrender passport to the USPO  ☐ must not apply for passport
- ☒ Defendant must refrain from possessing firearms or dangerous weapons
- ☒ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
- ☒ Defendant must maintain employment or actively seek employment
- ☒ As set forth in the Order Setting Conditions of Release
- ☐ Other _____
_____

**MOTIONS**
- ☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted   ☐denied   ☐advisement
- ☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted   ☐denied   ☐advisement
- ☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted   ☐denied   ☐advisement
- ☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted   ☐denied   ☐advisement

**NOTES**
_____
_____
_____
_____

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FEB 2 2022 PM 1:26
FILED-USDC-CT-HARTFORD

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:22MJ104(RAR) |
| Ariel Legassa ) | |
| ) | Charging District's Case No. 22MJ4081(DCH) |
| *Defendant* ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*    District of Massachusetts    .

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)    a hearing on any motion by the government for detention;

(6)    request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐    an identity hearing and production of the warrant.

☐    a preliminary hearing.

☐    a detention hearing.

☒    an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☒ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 02/02/2022

X _____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Ashley Meskill
*Printed name of defendant's attorney*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

FEB 2 2022 PM 1:26
FILED-USDC-CT-HARTFORD

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:22MJ104(RAR) |
| Ariel Legassa | ) | |
| | ) | Charging District: District of Massachusetts |
| *Defendant* | ) | Charging District's Case No. 22MJ4081(DCH) |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: (remote proceeding) subject to change<br><br>Worcester, MA | Courtroom No.: 1<br><br>Date and Time: 2/22/2022 12:30 pm |
|---|---|

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 02/02/2022

_____
*Judge's signature*

Robert A. Richardson, U.S.M.J.
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
UNITED STATES                  :   No. 3: 22mj104      ( RAR )
                               :
v.                             :
                               :
Ariel Legassa                  :   DATE: 2/2/2022
                               :
-------------------------------x
```

**ORDER**

This Order is entered, pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), to confirm the Government's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations.

The Government must disclose to the defense all information "favorable to an accused" that is "material either to guilt or to punishment" and that is known to the Government. Id. at 87. This obligation applies regardless of whether the defendant requests this information or whether the information would itself constitute admissible evidence. The Government shall disclose such information to the defense promptly after its existence becomes known to the Government so that the defense may make effective use of the information in the preparation of its case.

As part of these obligations, the Government must disclose any information that can be used to impeach the trial testimony of a Government witness within the meaning of Giglio v. United States, 405 U.S. 150 (1972), and its progeny. Such information must be disclosed sufficiently in advance of trial in order for the defendant to make effective use of it at trial or at such other time as the Court may order.[1]

The foregoing obligations are continuing ones and apply to materials that become known to the Government in the future. These obligations also apply to information that is otherwise subject to disclosure regardless of whether the Government credits it.

In the event the Government believes that a disclosure under this Order would compromise witness safety, victim rights, national security, a sensitive law-enforcement technique, or any other substantial government interest, it may apply to the Court for a modification of its obligations, which may include in camera review or withholding or subjecting to a protective order all or part of the information otherwise subject to disclosure.[2]

---

[1] This Order does not purport to set forth an exhaustive list of the Government's disclosure obligations.

[2] The Classified Information Procedures Act sets forth separate procedures to be followed in the event that the Government believes matters relating to classified information may arise in connection with the prosecution. See 18 U.S.C. App. 3 §§1 et seq.

For purposes of this Order, the Government has an affirmative obligation to seek all information subject to disclosure under this Order from all current or former federal, state, and local prosecutors, law enforcement officers, and other officers who have participated in the prosecution, or investigation that led to the prosecution, of the offense or offenses with which the defendant is charged.

If the Government fails to comply with this Order, the Court, in addition to ordering production of the information, may:

(1) specify the terms and conditions of such production;

(2) grant a continuance;

(3) impose evidentiary sanctions;

(4) impose contempt or other sanctions on any lawyer responsible for violations of the Government's disclosure obligations, or refer the matter to disciplinary authorities;

(5) dismiss charges before trial or vacate a conviction after trial or a guilty plea; or

(6) enter any other order that is just under the circumstances.

It is so ordered.

/s/ Robert A. Richardson

HON. __/s/ Robert A. Richardson__
UNITED STATES  Magistrate  JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELECTRONIC FILING ORDER IN MAGISTRATE CASES

This case is designated as an electronically filed case. This means that all pleadings will be required to be filed electronically. Documents filed electronically must be filed in OCR text searchable PDF format. The procedures contained in the District's CM/ECF Policies and Procedures Manual will apply and counsel will be required to register with the Clerk's Office and provide an email address. The Manual can be found on the court's website at www.ctd.uscourts.gov. All activity in the case (e.g., pleadings, orders, notices and calendars) will be filed/sent electronically from this date forward.

Counsel must comply with all applicable Federal Rules of Criminal Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

If electronic filing would impose an undue burden on counsel or the parties, a motion may be made to vacate the Electronic Filing Order, for good cause shown.

SO ORDERED.

/s/   Robert A. Richardson
United States Magistrate Judge

Rev. 1/12/16

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts



FEB 2 2022 PM 1:27
FILED-USDC-CT-HARTFORD

| United States of America<br>v.<br>Ariel Legassa | ) ) ) ) ) ) | Case No. 22-MJ-4081-DHH<br><br>3:22mj104 RAR |
|---|---|---|
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Ariel Legassa,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Mail Fraud, in violation of 18 U.S.C. § 1341

Date: **Jan 31, 2022**

*Issuing officer's signature*

City and state: Worcester, Massachusetts

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/31/2022, and the person was arrested on *(date)* 02/02/2022
at *(city and state)*

Date: 02/02/2022

*Arresting officer's signature*

SA Brendan M. Dunlap / FBI
*Printed name and title*

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>Ariel Legassa<br><br>*Defendant* | )<br>)<br>)  Case No. 3:22mj104 RAR<br>)<br>) |

**APPEARANCE BOND**

FEB 2 2022 PM 1:27
FILED-USDC-CT-HARTFORD

### Defendant's Agreement

I, _____Ariel Legassa_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
(   ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ _____ .

( X ) (3) This is a secured bond of $ __75,000.00__ , secured by:

    (   ) (a) $ _____ , in cash deposited with the court.

    ( X ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:
    2 car titles and a plane title

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;
    (2)    the property is not subject to claims, except as described above; and
    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 02/02/22

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date: 02/02/2022

Angela Blue, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 2/2/2022

_____
*Judge's signature*

Case 1:22-mj-04081-DHH Document 19 Filed 02/02/22 Page 14 of 19
Case 3:21-mj-00104-RAR Document 11 Filed 02/02/22 Page 1 of 4

AO 199A (Rev. 12/11) Order Setting Conditions of Release                Page 1 of __4__ Pages

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FEB 2 2022 PM 1:25
FILED-USDC-CT-HARTFORD

United States of America )
v. )
)  Case No. 3:21MJ 104 (RAR)
Ariel Legassa )
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: UNITED STATES DISTRICT COURT
*Place*

on AS DIRECTED BY COUNSEL
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

A secured bond in the amount of $75,000. Mr. Legassa will have seven (7) days to post the bond.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

    IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____ _____
                                                               *Custodian*                              *Date*

(✓) (7) The defendant must:
    (✓) (a) submit to supervision by and report for supervision to the U.S.P.O. _____,
        telephone number _____, no later than _____.
    (✓) (b) continue or actively seek employment.
    ( ) (c) continue or start an education program.
    (✓) (d) surrender any passport to: USPO
    (✓) (e) not obtain a passport or other international travel document.
    (✓) (f) abide by the following restrictions on personal association, residence, or travel: Restrict travel to within the District of Connecticut and the District of MA (for court purposes) unless you have prior permission from the court or U.S. Probation
    (✓) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: co-defendants

    ( ) (h) get medical or psychiatric treatment: _____

    ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

    ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    (✓) (k) not possess a firearm, destructive device, or other weapon.
    (✓) (l) not use alcohol ( ) at all (✓) excessively.
    ( ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
    ( ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
    ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
    ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
        ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
        ( ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
            **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release                                            Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
    ( ☐ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or
    ( ☐ ) (ii)  Voice Recognition; or
    ( ☐ ) (iii) Radio Frequency; or
    ( ☐ ) (iv) GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (t) Surrender pilot's license

Mr. Legassa will remove any weapons from the residence by the end of the day on February 2, 2022.

**Defendant shall comply with all rules of the probation office and all orders of the pretrial officer. Failure to comply with any such rules or orders shall constitute a violation of Condition 7(a) and may result in revocation of release.**

AO 199B (Rev. 12/20) Additional Conditions of Release

AO 199C (Rev. 09/08) Advice of Penalties          Page __4__ of __4__ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

BURLINGTON / at Hartford, CT
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   2/2/2022                                    _____
                                                    *Judicial Officer's Signature*

                                                    Robert A. Richardson, U.S.M.J.
                                                    *Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

EFILE

# U.S. District Court
## District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:22−mj−00104−RAR All Defendants

| | |
|---|---|
| Case title: USA v. Legassa | Date Filed: 02/02/2022 |

Assigned to: Judge Robert A. Richardson

### Defendant (1)

| | | |
|---|---|---|
| **Ariel Legassa** | represented by | **Ashley Meskill**<br>Federal Defender Office<br>10 Columbus Blvd, Floor 6<br>Hartford, CT 06106<br>860−493−6260<br>Email: ashley_meskill@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1341.F Mail Fraud, Frauds and Swindles | |

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Nancy V. Gifford**<br>U.S. Attorney's Office−HFD |

450 Main St. Room 328
Hartford, CT 06103
860−947−1101
Fax: 860−760−7979
Email: nancy.gifford@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2022 |  | Arrest (Rule 5) of Ariel Legassa (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 1 | Minute Entry for proceedings held before Judge Robert A. Richardson: Initial Appearance in Rule 5 Proceedings as to Ariel Legassa held on 2/2/2022, Detention Hearing as to Ariel Legassa held on 2/2/2022; 25 minutes (Court Reporter FTR.) (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 3 | WAIVER of Rule 5 & 5.1 Hearings by Ariel Legassa (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 4 | ORDER requiring a defendant to appear in the district where charges are pending as to Ariel Legassa, Signed by Judge Robert A. Richardson on 2/2/22. (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 5 | ORDER as to Ariel Legassa pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No.116−182, 134 Stat. 894 (Oct. 21, 2020). Signed by Judge Robert A. Richardson on 2/2/22. (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 6 | ELECTRONIC FILING ORDER FOR COUNSEL as to Ariel Legassa − PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Robert A. Richardson on 2/2/22. (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 7 | USM Return of Service on Arrest Warrant executed as to Ariel Legassa on 2/2/22 (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 8 | Secured Bond Entered as to Ariel Legassa in amount of $ 75,000.00, (Blue, A.) (Entered: 02/02/2022) |
| 02/02/2022 | 9 | ORDER Setting Conditions of Release as to Ariel Legassa, Signed by Judge Robert A. Richardson on 2/2/22. (Blue, A.) (Entered: 02/02/2022) |