AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Ariel Legassa<br><br>Defendant | )<br>)<br>)  Case No. 22-MJ-4081-DHH<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ariel Legassa,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Mail Fraud, in violation of 18 U.S.C. § 1341

FILED IN CLERKS OFFICE

FEB 10 '22 PM 2:09 USDC MA

Date: Jan 31, 2022

*Issuing officer's signature*

City and state: Worcester, Massachusetts

Hon. David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on (date) 1/31/2022, and the person was arrested on (date) 02/02/2022
at (city and state) _____.

Date: 02/02/2022

*Arresting officer's signature*

SA Brendan M. Dunlop / FBI
*Printed name and title*